UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY FRANCIS FISHER, F85263,<br><br>Plaintiff,<br><br>v.<br><br>DIRECTOR OF OPERATIONS OF CDCR,<br><br>Defendant(s). | Case No. 18-cv-06065-SK (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a prisoner at the California Health Care Facility, Stockton (CHCF), has filed a pro se complaint for injunctive relief regarding the conditions of his confinement at CHCF. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the named/ viable defendants reside, in the counties of San Joaquin and Sacramento, which lie within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: October 24, 2018

*Sallie Kim*

SALLIE KIM
United States Magistrate Judge